USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Falvey Cargo Underwriting, Ltd., as subrogor of Spice Chain Corporation, and Spice Chain Corporation,

                Plaintiffs,

-against-

Zim Integrated Shipping Services Ltd.,

                Defendant.

1:24-cv-06893 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's January 8, 2025 Order, the parties were to coordinate with counsel for the defendants in the related case (19-CV-11495) and provide proposed settlement conference dates to Chambers no later than January 15, 2025. (Mem. End., ECF No. 15.) As of the date of this Order, and despite an email reminder from the Court, the parties have failed to do so. No later than January 29, 2025, the parties shall comply with the January 8, 2025 Order or file a joint letter indicating that they no longer wish to participate in a settlement conference.

**SO ORDERED.**

Dated:     New York, New York
             January 22, 2025

_____
STEWART D. AARON
United States Magistrate Judge