UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

FALVEY CARGO UNDERWRITING
LTD. et al.,

      Plaintiffs,

   -against-

ZIM INTEGRATED SHIPPING
SERVICES LTD. et al.,

      Defendants.
--------------------------------------------------------x

FALVEY CARGO UNDERWRITING,
LTD., as subrogor of Spice Chain
Corporation, and SPICE CHAIN
CORPORATION,

      Plaintiffs,

   -against-

ZIM INTEGRATED SHIPPING
SERVICES LTD.,

      Defendant.
--------------------------------------------------------x

No. 19-CV-11495-LTS-SDA

No. 24-CV-6893-LTS-SDA

### ORDER OF DISMISSAL

  The Court has been advised that these actions have been or will be settled. Accordingly, it is hereby ORDERED that these actions are dismissed without costs to any party, but without prejudice to restoration of either action to the calendar of the undersigned if an application to restore either action is made within thirty (30) days of the date of this Order. If a party wishes the Court to retain jurisdiction in either of these matters to enforce any settlement agreement, they must move to restore the action and submit the settlement agreement to the Court before this thirty (30)-day period expires. To extend the thirty (30)-day period, for purposes of

restoring either action or finalizing or submitting a settlement, a party must make a letter application before the period expires.

        If no application to restore either action or extend the time within which the actions may be settled is made before the expiration of the 30-day period and any extensions thereof, today's dismissal of the actions is with prejudice.

        SO ORDERED.

Dated: New York, New York
      March 12, 2025

                             /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                             Chief United States District Judge